IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00091-CMA-MEH

LAJUNTA HOSPITALITY, LLC,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 7, 2015**.

    The Stipulated Motion for Entry of Protective Order [filed July 2, 2015; docket #23] is **granted**. The parties' Stipulated Protective Order is accepted and filed contemporaneously with this Minute Order.